UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/18/2024___

UNITED STATES OF AMERICA,                    1:18-cr-315 (MKV)
                    -against-

**ORDER**

DESHAUN GREGORY

                    Defendant.

**MARY KAY VYSKOCIL**, United States District Judge


        IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.


**SO ORDERED.**
**JULY 18th 2024**

_Mary Kay Vyskocil_
**HONORABLE MARY KAY VYSKOCIL**
**UNITED STATES DISTRICT JUDGE**