```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    8/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DESHAUN GREGORY,

Defendant.

18-cr-315 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated July 19, 2024, the Court set a schedule for the next steps in this VOSR [ECF No. 31]. The Court scheduled an evidentiary hearing for August 19, 2024 and directed the parties to submit evidentiary motions, witness lists, exhibit lists, and 3500 material by August 8, 2024. The parties, however, failed to submit any of those materials.

Accordingly, IT IS HEREBY ORDERED that the evidentiary hearing is ADJOURNED to October 7, 2024 at 11:30 a.m. The parties shall submit the materials for the hearing by September 27, 2024. The parties shall file a joint status letter by August 19, 2024.

**SO ORDERED.**

**Date: August 9, 2024**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**